MAY 7, 1984

No. 82–1770. NATIONAL ENQUIRER, INC. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (JONES ET AL., REAL PARTIES IN INTEREST), 462 U. S. 1144. Petition for rehearing dismissed under this Court's Rule 53.